OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, the motion to suppress granted and the indictment dismissed.
 

 Because a warrantless intrusion by a government official is presumptively unreasonable, it is the People’s burden in the first instance to establish justification
 
 (People v Calhoun,
 
 49 NY2d 398, 402;
 
 see, People v Knapp, 52
 
 NY2d 689, 694). Only after it has done so is it defendant’s burden to prove illegality. Here there is nothing in the record, on either defendants case or on the People’s presentation, to support the Hearing
 
 *655
 
 Judge’s finding that Officer McGovern "was told that it [defendant’s canvas bag] had been opened and a bag of white pills taken out.” It was, therefore, error to deny suppression.
 

 Chief Judge Wachtler and Judges Meyer, Simons, Kaye, Alexander, Titone and Hancock, Jr., concur in memorandum.
 

 Order reversed, etc.